UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNEDY JACKSON (#297999)

VERSUS

LT. HARTLEY

CIVIL ACTION

NO. 10-792-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 28, 2011 (doc. no. 12) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant Lt. Marvin Hartley's Partial Motion to Dismiss is GRANTED, dismissing the plaintiff's claims brought against the defendant in his official capacity.

Baton Rouge, Louisiana, this 31st day of March, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA