UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNEDY JACKSON (#297999)

CIVIL ACTION

VERSUS

NO. 10-792-JJB-SCR

LT. HARTLEY

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated June 3, 2011 (doc. no. 23), and the objection filed by the defendant. The court refers this matter back to the Magistrate Judge for further consideration.

Baton Rouge, Louisiana, August 5, 2011.

_____

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA