UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNEDY JACKSON (#297999)

VERSUS

LT. HARTLEY

CIVIL ACTION

NO. 10-792-JJB-SCR

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 1, 2011 (doc. no. 26). The defendant filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Summary Judgment filed on behalf of defendant Lt. Marvin Hartley is DENIED.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA